Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE PHILOGENE, | § |
| Plaintiff, | § Civil Action No. 5:19-cv-00339-RGK-SP |
| v. | § |
| NATIONAL CREDIT ADJUSTERS, LLC, | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Kathleen A. Zugsay
Kathleen A. Zugsay, Esq.
Malone and Martin PLLC
8750 North Central Expressway
Suite 1850
Dallas, TX 75231
Phone: 214-683-8529
Email:  kzugsay@mamlaw.com
Attorney for the Defendant

Date: July 29, 2019

/S/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: July 29, 2019

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Kathleen A. Zugsay, Esq.
Malone and Martin PLLC
8750 North Central Expressway
Suite 1850
Dallas, TX 75231
Phone: 214-683-8529
Email: kzugsay@mamlaw.com
Attorney for the Defendant

| | |
|---|---|
| DATED:  July 29, 2019 | /s/ Amy L. Bennecoff Ginsburg |
| | Amy L. Bennecoff Ginsburg Esq. |
| | Kimmel & Silverman, P.C. |
| | 30 East Butler Pike |
| | Ambler, PA 19002 |
| | Tel: 215-540-8888 |
| | Fax: 215-540-8817 |
| | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |